# Exhibit 2

## DECLARATION OF KEVIN A. RAMES, ESQ.

I, Kevin A. Rames, Esq., pursuant to 28 U.S.C. § 1746, being over the age of eighteen and competent to testify about the matters contained herein; hereby declare under penalty of perjury as follows:

1. Attached as Exhibit A is a copy of an Affidavit signed by Denise Johannes, the Director of the Division of Corporations and Trademarks of the Office of the Lieutenant Governor of the Virgin Islands of the United States, which I received on May 20, 2021.

2. Attached as Exhibit B is an email string commencing on May 10, 2021 and ending on May 22, 2021, between the undersigned and Denise Johannes, the Director of the Division of Corporations and Trademarks of the Office of the Lieutenant Governor of the Virgin Islands of the United States which ends with a statement from Ms. Johannes concerning the Resident Agent of U&W Industrial Supply, Inc. - Cosmogony II, Inc.

This Declaration is executed by me in my personal capacity on St. Croix, Virgin Islands, on June 3, 2021.

Kevin A. Rames, Esq.

# Exhibit A



THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
**DIVISION OF CORPORATIONS AND TRADEMARKS**

| | |
|---|---|
| 5049 Kongens Gade | 1105 King Street |
| Charlotte Amalie, Virgin Islands 00802 | Christiansted, Virgin Islands 00820 |
| Phone - 340.774.2991 | Phone - 340.773.6449 |
| Fax - 340.776.4612 | Fax - 340.773.0330 |

TERRITORY OF THE VIRGIN ISLANDS    )
DISTRICT OF ST. THOMAS/ST. JOHN    )    ss:

<u>AFFIDAVIT</u>

Personally, appeared before me, DENISE JOHANNES who first after being duly sworn, deposed, and say:

1. That I am the Director of the Division of Corporation and Trademarks of the Office of the Lieutenant Governor, and I am the custodian in charge of the corporate records filed with the Government of the Virgin Islands.

2. That after a careful search of the corporate records, it was determined that the domestic corporation, U & W INDUSTRIAL SUPPLY, INC., filed articles of incorporation with the office on November 16, 1978, and a certificate of incorporation was on February 6, 1979.

3. That the domestic corporation, U & W INDUSTRIAL SUPPLY, INC., filed an agreement and plan of merger with the office on March 19, 1998, merging General Engineering Corporation within and into it, and a certificate of merger was issued on June 4, 1998.

4. That the domestic corporation, U & W INDUSTRIAL SUPPLY, INC., filed an amendment to the articles of incorporation on December 29, 1999, and a certificate of amendment evidencing the name change to COSMOGONY II, INC. was issued on December 30, 1999.

5. That the domestic corporation, COSMOGONY II, INC., failed to pay the franchise tax for the due dates – June 30, 2017, 2018, 2019, and 2020.

6. That the domestic corporation, COSMOGONY II, INC., failed to file the franchise tax and annual reports for due dates – June 30, 2017, 2018, 2019, and 2020.

7. That the domestic corporation, COSMOGONY II, INC., failed to file true and exact balance sheet and income statement as of December 31, 2016, 2017, 2018, and 2019.

COSMOGONY II, INC. formerly U & W INDUSTRIAL SUPPLY, INC.

2 | P a g e

8.      That the domestic corporation, COSMOGONY II, INC., is not considered to be in good standing with the applicable sections of the Virgin Islands Code.

9.      The domestic corporation, COSMOGONY II, INC., has not submitted consent of the shareholders and directors for its dissolution.

Further affiant sayeth not.

Denise Johannes

Subscribed and sworn before me this _20_ day of _____MAY_____, A.D. _2021_.

Notary Public

6NP-02

**NOTARY PUBLIC**
Name: *Gail Danet-Joseph*
My Commission Exp. At the pleasure
Lieutenant Governor
St. Thomas/St. John, USVI District

# Exhibit B

| | |
|---|---|
| **From:** | Denise Johannes |
| **To:** | Kevin Rames; Laura Bedminster; Shail Bazil; Francine J. Roberts |
| **Cc:** | "Montecuollo, Peter R. (SHB)"; "Wu, Gregory (SHB)" |
| **Subject:** | RE: U&W Industrial Supply, Inc. and Cosmogony II, Inc. |
| **Date:** | Saturday, May 22, 2021 3:46:08 PM |
| **Attachments:** | image001.png |

Good day Attorney Rames:

We confirm receipt of your email.  Per the articles of incorporation that were submitted on November 16, 1978, the resident agent is Joe Kramer of 7B Peter's Rest, Christiansted, VI 00820.  Per the certificate of revival that was submitted on October 5, 1987, the resident agent is Glenn Knorr of 55 Mary's fancy, Christiansted, VI 00820.  There are no resident agent consents forms on file with the division.  Thank you for your attention to this matter.

Best regards,

**\*\*Important Updates\*\***

**Office of the Lieutenant Governor Divisions Resume Regular Office Hours and Continue to Adhere to COVID-19 Protocols**
**Lieutenant Governor Tregenza A. Roach, Esq. announces the resumption of regular office hours at all Office of the Lieutenant Governor divisions effective February 22, 2021. Divisions will continue to adhere to COVID-19 protocols with limited public access for the safety of employees and customers.  The operating hours for the office have returned to an 8:00am to 5:00pm daily schedule, Mondays through Fridays.  For the Division of Corporations and Trademarks, in-person services will be provided by appointment only.  For assistance –**

**Call:**          340.774.2991 (St. Thomas) or 340.773.6449 (St. Croix)
**Visit:**          www.ltg.gov.vi or www.corporationsandtrademarks.vi.gov

**Amendment to Title 11. Chapter 21. Section 1213 of the Virgin Islands Code to Increase the Trade Name Renewal Fee from $50 to $100**
**Effective October 1, 2021, the renewal fee for a trade name registration increases from $50.00 to $100.00 pursuant to Act No. 8184.**

**June 30, 2021 Due Date Franchise Tax and Annual Report Filing**
**The period has opened for business entities (profit and non-profit corporations, all partnerships, and limited liability companies) to submit the required franchise taxes and annual report filing fees on or before June 30, 2021 through the Division of Corporations and Trademarks online system, Catalyst.  The filings are required to remain in good standing status beyond July 1, 2021 and to conduct business in the Territory.**

**June 30, 2020 Due Date Franchise Tax and Annual Report Filing Past Due**
**Business entities (profit and non-profit corporations, all partnerships, and  limited liability companies) are required to submit franchise taxes and annual report filing fees on or before June 30, 2020 through the Division of Corporations and Trademarks online system, Catalyst.  The filings are necessary for all such entities to**

remain in Active/In Good Standing status and to conduct business in the Territory. Failure to submit franchise taxes and annual filing fee to the division on or before the statutory deadline resulted in a status of registered, assessment of penalties on July 1, 2020, and inability to file amendments and trade name registrations.

<u>Business Entity and Trade Name Online Registration and Renewal Services</u>
The Division of Corporations and Trademarks launched its online system, Catalyst, on August 31, 2018.  Business entity creation, annual reports, certificate of fact and good standing, change to principals, resident agent, principal office, amendments, mergers, and dissolution filings are submitted electronically along with payment on the Division's online system – Catalyst.  Similarly, the trade name registrations, biennial renewals, and cancellations including payment are available electronically in the same online system.  Visit www.corporationsandtrademarks.vi.gov to access the Catalyst system.  Instructions are available on the office's website – www.ltg.gov.vi - 24 hours-a-day, seven days-a-week.

<u>UCC Online Services Available</u>
Lieutenant Governor Roach announced on May 22, 2019 that UCC filings may now be submitted online in the Division of Corporations and Trademarks Catalyst system.  Most importantly, payment shall be submitted electronically.

<u>Paper Filing Submissions</u>
Exempt Limited Liability Companies and trademarks shall continue to submit paper filings to the division's offices on St. Thomas and St. Croix for processing.

<u>Holidays</u>
Wednesday, March 31, 2021 – Virgin Islands Transfer Day
Thursday, April 1, 2021 – Holy Thursday
Friday, April 2, 2021 – Good Friday
Monday, April 5, 2021 – Easter Monday
Monday, May 31, 2021 – Memorial Day

For further assistance, please contact the division.
OFFICE OF THE LIEUTENANT GOVERNOR



*Denise Johannes*
*Director, Division of Corporation and Trademarks*
*Office of the Lieutenant Governor*
*5049 Kongens Gade*
*St. Thomas, VI 00802-6487*
*Tel.: (340) 774-2991*
*Fax: (340) 776-4612*
*Email: denise.johannes@lgo.vi.gov*
*Website: www.ltg.gov.vi*
*Follow us on FACEBOOK.*

NOTICE OF CONFIDENTIALITY: The information in this email, including any attachments, is confidential and may be legally privileged and may also be *covered by the Electronic*

*Communications Privacy Act, 18 U.S.C. § 2510-2521.* Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or omitted to be taken in reliance on it is prohibited. In this case, please reply to or forward a copy of this message to the sender and delete the message, any attachments, and any copies thereof from your system.

Copying, duplication and/or use of any addressee's email address for purposes other than the subject of this email are/is prohibited.

**From:** Kevin Rames <Kevin.Rames@rameslaw.com>
**Sent:** Friday, May 21, 2021 2:28 PM
**To:** Denise Johannes <denise.johannes@lgo.vi.gov>; Laura Bedminster <laura.bedminster@lgo.vi.gov>; Shail Bazil <shail.bazil@lgo.vi.gov>; Francine J. Roberts <francine.roberts@lgo.vi.gov>
**Cc:** 'Montecuollo, Peter R. (SHB)' <pmontecuollo@shb.com>; 'Wu, Gregory (SHB)' <GWU@shb.com>
**Subject:** RE: U&W Industrial Supply, Inc. and Cosmogony II, Inc.

Ms. Johannes:

The Affidavit that you prepared is quite helpful for its intended purpose. Further to my call to your office earlier this afternoon, please advise as to the identity of the **Resident Agent** for U&W Industrial Supply, Inc. - Cosmogony II, Inc.

Thank you.

Kevin

**From:** Denise Johannes [mailto:denise.johannes@lgo.vi.gov]
**Sent:** Thursday, May 20, 2021 2:00 PM
**To:** Kevin Rames; Laura Bedminster; Shail Bazil; Francine J. Roberts
**Cc:** Montecuollo, Peter R. (SHB); Wu, Gregory (SHB)
**Subject:** RE: U&W Industrial Supply, Inc. and Cosmogony II, Inc.

Good day Attorney Rames:

Please find a copy of the instrument.  The original will follow via US Postal Service. Thank you for your attention to this matter.

Best regards,

**\*\*Important Updates\*\***

**Office of the Lieutenant Governor Divisions Resume Regular Office Hours and Continue to Adhere to COVID-19 Protocols**
Lieutenant Governor Tregenza A. Roach, Esq. announces the resumption of regular office hours at all Office of the Lieutenant Governor divisions effective February 22, 2021. Divisions will continue to adhere to COVID-19 protocols with limited public access for the safety of employees and customers.  The operating hours for the office have returned to an 8:00am to 5:00pm daily schedule, Mondays through Fridays.  For the Division of Corporations and Trademarks, in-person services will be provided by appointment only.  For assistance –

Call:                    340.774.2991 (St. Thomas) or 340.773.6449 (St. Croix)
Visit:                   www.ltg.gov.vi or www.corporationsandtrademarks.vi.gov

**Amendment to Title 11, Chapter 21, Section 1213 of the Virgin Islands Code to Increase the Trade Name Renewal Fee from $50 to $100**
Effective October 1, 2021, the renewal fee for a trade name registration increases from $50.00 to $100.00 pursuant to Act No. 8184.

**June 30, 2021 Due Date Franchise Tax and Annual Report Filing**
The period has opened for business entities (profit and non-profit corporations, all partnerships, and limited liability companies) to submit the required franchise taxes and annual report filing fees on or before June 30, 2021 through the Division of Corporations and Trademarks online system, Catalyst.  The filings are required to remain in good standing status beyond July 1, 2021 and to conduct business in the Territory.

**June 30, 2020 Due Date Franchise Tax and Annual Report Filing Past Due**
Business entities (profit and non-profit corporations, all partnerships, and  limited liability companies) are required to submit franchise taxes and annual report filing fees on or before June 30, 2020 through the Division of Corporations and Trademarks online system, Catalyst.  The filings are necessary for all such entities to remain in Active/In Good Standing status and to conduct business in the Territory.  Failure to submit franchise taxes and annual filing fee to the division on or before the statutory deadline resulted in a status of registered, assessment of penalties on July 1, 2020, and inability to file amendments and trade name registrations.

**Business Entity and Trade Name Online Registration and Renewal Services**
The Division of Corporations and Trademarks launched its online system, Catalyst, on August 31, 2018.  Business entity creation, annual reports, certificate of fact and good standing, change to principals, resident agent, principal office, amendments, mergers, and dissolution filings are submitted electronically along with payment on the Division's online system – Catalyst.  Similarly, the trade name registrations, biennial renewals, and cancellations including payment are available electronically in the same online system.  Visit www.corporationsandtrademarks.vi.gov to access the Catalyst system.  Instructions are available on the office's website – www.ltg.gov.vi - 24 hours-a-day, seven

days-a-week.

### UCC Online Services Available
Lieutenant Governor Roach announced on May 22, 2019 that UCC filings may now be submitted online in the Division of Corporations and Trademarks Catalyst system.  Most importantly, payment shall be submitted electronically.

### Paper Filing Submissions
Exempt Limited Liability Companies and trademarks shall continue to submit paper filings to the division's offices on St. Thomas and St. Croix for processing.

### Holidays
Wednesday, March 31, 2021 – Virgin Islands Transfer Day
Thursday, April 1, 2021 – Holy Thursday
Friday, April 2, 2021 – Good Friday
Monday, April 5, 2021 – Easter Monday
Monday, May 31, 2021 – Memorial Day

For further assistance, please contact the division.
OFFICE OF THE LIEUTENANT GOVERNOR



*Denise Johannes*
*Director, Division of Corporation and Trademarks*
*Office of the Lieutenant Governor*
*5049 Kongens Gade*
*St. Thomas, VI 00802-6487*
*Tel.: (340) 774-2991*
*Fax: (340) 776-4612*
*Email: denise.johannes@lgo.vi.gov*
*Website: www.ltg.gov.vi*
*Follow us on FACEBOOK.*

NOTICE OF CONFIDENTIALITY: The information in this email, including any attachments, is confidential and may be legally privileged and may also be *covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or omitted to be taken in reliance on it is prohibited. In this case, please reply to or forward a copy of this message to the sender and delete the message, any attachments, and any copies thereof from your system.*

Copying, duplication and/or use of any addressee's email address for purposes other than the subject of this email are/is prohibited.

**From:** Kevin Rames <Kevin.Rames@rameslaw.com>

**Sent:** Thursday, May 20, 2021 9:47 AM
**To:** Denise Johannes <denise.johannes@lgo.vi.gov>; Laura Bedminster
<laura.bedminster@lgo.vi.gov>; Shail Bazil <shail.bazil@lgo.vi.gov>; Francine J. Roberts
<francine.roberts@lgo.vi.gov>
**Cc:** Montecuollo, Peter R. (SHB) <pmontecuollo@shb.com>; Wu, Gregory (SHB) <GWU@shb.com>
**Subject:** U&W Industrial Supply, Inc. and Cosmogony II, Inc.

Ms. Johannes:

I have meetings tomorrow which will implicate the U&W Industrial Supply,
Inc. and Cosmogony II, Inc. Affidavits. It would be quite helpful to me to have
them today.

Kevin

**From:** Denise Johannes [mailto:denise.johannes@lgo.vi.gov]
**Sent:** Tuesday, May 18, 2021 1:48 PM
**To:** Kevin Rames
**Cc:** Laura Bedminster; Shail Bazil; Francine J. Roberts
**Subject:** RE: U&W Industrial Supply, Inc. and Cosmogony II, Inc.

Good day Attorney Rames:

We confirm receipt of your email. We located the physical records, and the
affidavits are forthcoming. Thank you for your attention to this matter.

Best regards,

**\*\*Important Updates\*\***

**Office of the Lieutenant Governor Divisions Resume Regular Office Hours and
Continue to Adhere to COVID-19 Protocols**
**Lieutenant Governor Tregenza A. Roach, Esq. announces the resumption of regular
office hours at all Office of the Lieutenant Governor divisions effective February 22,
2021. Divisions will continue to adhere to COVID-19 protocols with limited public
access for the safety of employees and customers. The operating hours for the
office have returned to an 8:00am to 5:00pm daily schedule, Mondays through
Fridays. For the Division of Corporations and Trademarks, in-person services will be
provided by appointment only. For assistance –**

**Call:**        **340.774.2991 (St. Thomas) or 340.773.6449 (St. Croix)**
**Visit:**        **www.ltg.gov.vi or www.corporationsandtrademarks.vi.gov**

**Amendment to Title 11, Chapter 21, Section 1213 of the Virgin Islands Code to
Increase the Trade Name Renewal Fee from $50 to $100**
**Effective October 1, 2021, the renewal fee for a trade name registration increases
from $50.00 to $100.00 pursuant to Act No. 8184.**

### June 30, 2021 Due Date Franchise Tax and Annual Report Filing
The period has opened for business entities (profit and non-profit corporations, all partnerships, and limited liability companies) to submit the required franchise taxes and annual report filing fees on or before June 30, 2021 through the Division of Corporations and Trademarks online system, Catalyst.  The filings are required to remain in good standing status beyond July 1, 2021 and to conduct business in the Territory.

### June 30, 2020 Due Date Franchise Tax and Annual Report Filing Past Due
Business entities (profit and non-profit corporations, all partnerships, and  limited liability companies) are required to submit franchise taxes and annual report filing fees on or before June 30, 2020 through the Division of Corporations and Trademarks online system, Catalyst.  The filings are necessary for all such entities to remain in Active/In Good Standing status and to conduct business in the Territory. Failure to submit franchise taxes and annual filing fee to the division on or before the statutory deadline resulted in a status of registered, assessment of penalties on July 1, 2020, and inability to file amendments and trade name registrations.

### Business Entity and Trade Name Online Registration and Renewal Services
The Division of Corporations and Trademarks launched its online system, Catalyst, on August 31, 2018.  Business entity creation, annual reports, certificate of fact and good standing, change to principals, resident agent, principal office, amendments, mergers, and dissolution filings are submitted electronically along with payment on the Division's online system – Catalyst.  Similarly, the trade name registrations, biennial renewals, and cancellations including payment are available electronically in the same online system.  Visit www.corporationsandtrademarks.vi.gov to access the Catalyst system.  Instructions are available on the office's website – www.ltg.gov.vi - 24 hours-a-day, seven days-a-week.

### UCC Online Services Available
Lieutenant Governor Roach announced on May 22, 2019 that UCC filings may now be submitted online in the Division of Corporations and Trademarks Catalyst system.  Most importantly, payment shall be submitted electronically.

### Paper Filing Submissions
Exempt Limited Liability Companies and trademarks shall continue to submit paper filings to the division's offices on St. Thomas and St. Croix for processing.

### Holidays
Wednesday, March 31, 2021 – Virgin Islands Transfer Day
Thursday, April 1, 2021 – Holy Thursday
Friday, April 2, 2021 – Good Friday
Monday, April 5, 2021 – Easter Monday
Monday, May 31, 2021 – Memorial Day

For further assistance, please contact the division.
OFFICE OF THE LIEUTENANT GOVERNOR



**Denise Johannes**
**Director, Division of Corporation and Trademarks**
**Office of the Lieutenant Governor**
**5049 Kongens Gade**
**St. Thomas, VI 00802-6487**
**Tel.: (340) 774-2991**
**Fax: (340) 776-4612**
**Email: denise.johannes@lgo.vi.gov**
**Website: www.ltg.gov.vi**
**Follow us on FACEBOOK.**

**NOTICE OF CONFIDENTIALITY: The information in this email, including any attachments, is confidential and may be legally privileged and may also be *covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521.* Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, retention, or any action taken or omitted to be taken in reliance on it is prohibited. In this case, please reply to or forward a copy of this message to the sender and delete the message, any attachments, and any copies thereof from your system.**

**Copying, duplication and/or use of any addressee's email address for purposes other than the subject of this email are/is prohibited.**

**From:** Kevin Rames <Kevin.Rames@rameslaw.com>
**Sent:** Tuesday, May 18, 2021 11:27 AM
**To:** Denise Johannes <denise.johannes@lgo.vi.gov>
**Cc:** Laura Bedminster <laura.bedminster@lgo.vi.gov>; Shail Bazil <shail.bazil@lgo.vi.gov>; Francine J. Roberts <francine.roberts@lgo.vi.gov>
**Subject:** RE: U&W Industrial Supply, Inc. and Cosmogony II, Inc.

Denise:

I have received no word on the requested Affidavits concerning U&W Industrial Supply, Inc. and Cosmogony II, Inc.  Please advise.

Kevin

**From:** Denise Johannes [mailto:denise.johannes@lgo.vi.gov]
**Sent:** Tuesday, May 11, 2021 1:36 PM
**To:** Kevin Rames
**Cc:** Laura Bedminster; Shail Bazil; Francine J. Roberts
**Subject:** RE: U&W Industrial Supply, Inc. and Cosmogony II, Inc.

Good day Attorney Rames:

We confirm receipt, and the documents are forthcoming. Thank you for your attention to this matter.

Best regards,

**\*\*Important Updates\*\***

**Office of the Lieutenant Governor Divisions Resume Regular Office Hours and Continue to Adhere to COVID-19 Protocols**
Lieutenant Governor Tregenza A. Roach, Esq. announces the resumption of regular office hours at all Office of the Lieutenant Governor divisions effective February 22, 2021. Divisions will continue to adhere to COVID-19 protocols with limited public access for the safety of employees and customers. The operating hours for the office have returned to an 8:00am to 5:00pm daily schedule, Mondays through Fridays. For the Division of Corporations and Trademarks, in-person services will be provided by appointment only. For assistance –

| | |
|---|---|
| **Call:** | **340.774.2991 (St. Thomas) or 340.773.6449 (St. Croix)** |
| **Visit:** | **www.ltg.gov.vi or www.corporationsandtrademarks.vi.gov** |

**Amendment to Title 11, Chapter 21, Section 1213 of the Virgin Islands Code to Increase the Trade Name Renewal Fee from $50 to $100**
Effective October 1, 2021, the renewal fee for a trade name registration increases from $50.00 to $100.00 pursuant to Act No. 8184.

**June 30, 2021 Due Date Franchise Tax and Annual Report Filing**
The period has opened for business entities (profit and non-profit corporations, all partnerships, and limited liability companies) to submit the required franchise taxes and annual report filing fees on or before June 30, 2021 through the Division of Corporations and Trademarks online system, Catalyst. The filings are required to remain in good standing status beyond July 1, 2021 and to conduct business in the Territory.

**June 30, 2020 Due Date Franchise Tax and Annual Report Filing Past Due**
Business entities (profit and non-profit corporations, all partnerships, and limited liability companies) are required to submit franchise taxes and annual report filing fees on or before June 30, 2020 through the Division of Corporations and Trademarks online system, Catalyst. The filings are necessary for all such entities to remain in Active/In Good Standing status and to conduct business in the Territory. Failure to submit franchise taxes and annual filing fee to the division on or before the statutory deadline resulted in a status of registered, assessment of penalties on July 1, 2020, and inability to file amendments and trade name registrations.

**Business Entity and Trade Name Online Registration and Renewal Services**
The Division of Corporations and Trademarks launched its online system, Catalyst, on August 31, 2018. Business entity creation, annual reports, certificate of fact and good standing, change to principals, resident agent, principal office, amendments,

mergers, and dissolution filings are submitted electronically along with payment on the Division's online system – Catalyst.  Similarly, the trade name registrations, biennial renewals, and cancellations including payment are available electronically in the same online system.  Visit www.corporationsandtrademarks.vi.gov to access the Catalyst system.  Instructions are available on the office's website – www.ltg.gov.vi - 24 hours-a-day, seven days-a-week.

**UCC Online Services Available**
Lieutenant Governor Roach announced on May 22, 2019 that UCC filings may now be submitted online in the Division of Corporations and Trademarks Catalyst system.  Most importantly, payment shall be submitted electronically.

**Paper Filing Submissions**
Exempt Limited Liability Companies and trademarks shall continue to submit paper filings to the division's offices on St. Thomas and St. Croix for processing.

**Holidays**
Wednesday, March 31, 2021 – Virgin Islands Transfer Day
Thursday, April 1, 2021 – Holy Thursday
Friday, April 2, 2021 – Good Friday
Monday, April 5, 2021 – Easter Monday
Monday, May 31, 2021 – Memorial Day

For further assistance, please contact the division.
OFFICE OF THE LIEUTENANT GOVERNOR



*Denise Johannes*
*Director, Division of Corporation and Trademarks*
*Office of the Lieutenant Governor*
*5049 Kongens Gade*
*St. Thomas, VI 00802-6487*
*Tel.: (340) 774-2991*
*Fax: (340) 776-4612*
*Email: denise.johannes@lgo.vi.gov*
*Website: www.ltg.gov.vi*
*Follow us on FACEBOOK.*

NOTICE OF CONFIDENTIALITY: The information in this email, including any attachments, is confidential and may be legally privileged and may also be *covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521.* Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or omitted to be taken in reliance on it is prohibited. In this case, please reply to or forward a copy of this message to the sender and delete the message, any attachments, and any copies thereof from your system.

Copying, duplication and/or use of any addressee's email address for purposes other than the subject of this email are/is prohibited.

**From:** Kevin Rames <Kevin.Rames@rameslaw.com>
**Sent:** Tuesday, May 11, 2021 12:00 PM
**To:** Denise Johannes <denise.johannes@lgo.vi.gov>
**Cc:** Laura Bedminster <laura.bedminster@lgo.vi.gov>; Shail Bazil <shail.bazil@lgo.vi.gov>; Francine J. Roberts <francine.roberts@lgo.vi.gov>
**Subject:** U&W Industrial Supply, Inc. and Cosmogony II, Inc.

Ms. Johannes:

Please see attached the Receipt for our payment attendant to the issuance of an Affidavit from the Division concerning the status of U&W Industrial Supply, Inc. and Cosmogony II, Inc.

The filing date for the court pleading that the Affidavits related to is tomorrow, Thursday, May 12, 2021. Thank you.

Kevin

**From:** Denise Johannes [mailto:denise.johannes@lgo.vi.gov]
**Sent:** Monday, May 10, 2021 12:44 PM
**To:** Kevin Rames
**Cc:** Laura Bedminster; Shail Bazil; Francine J. Roberts
**Subject:** RE: [EXTERNAL MAIL]U&W Industrial Supply, Inc. and Cosmogony II, Inc.

Good day Attorney Rames:

We confirm receipt of your email. We will prepare an affidavit for each entity, and the cost is $25.00 per instrument. Kindly remit the payment instrument to the St. Croix location for processing. The affidavits will be issued, and a copy will be sent to your email with the originals to follow.

If there is assistance required, please contact the office. Thank you for your attention to this matter.

Best regards,

**\*\*Important Updates\*\***

**Office of the Lieutenant Governor Divisions Resume Regular Office Hours and Continue to Adhere to COVID-19 Protocols**
**Lieutenant Governor Tregenza A. Roach, Esq. announces the resumption of regular office hours at all Office of the Lieutenant Governor divisions effective February 22,**

2021. Divisions will continue to adhere to COVID-19 protocols with limited public access for the safety of employees and customers.  The operating hours for the office have returned to an 8:00am to 5:00pm daily schedule, Mondays through Fridays.  For the Division of Corporations and Trademarks, in-person services will be provided by appointment only.  For assistance –

| | |
|---|---|
| Call: | 340.774.2991 (St. Thomas) or 340.773.6449 (St. Croix) |
| Visit: | www.ltg.gov.vi or www.corporationsandtrademarks.vi.gov |

**Amendment to Title 11, Chapter 21, Section 1213 of the Virgin Islands Code to Increase the Trade Name Renewal Fee from $50 to $100**
Effective October 1, 2021, the renewal fee for a trade name registration increases from $50.00 to $100.00 pursuant to Act No. 8184.

**June 30, 2021 Due Date Franchise Tax and Annual Report Filing**
The period has opened for business entities (profit and non-profit corporations, all partnerships, and limited liability companies) to submit the required franchise taxes and annual report filing fees on or before June 30, 2021 through the Division of Corporations and Trademarks online system, Catalyst.  The filings are required to remain in good standing status beyond July 1, 2021 and to conduct business in the Territory.

**June 30, 2020 Due Date Franchise Tax and Annual Report Filing Past Due**
Business entities (profit and non-profit corporations, all partnerships, and  limited liability companies) are required to submit franchise taxes and annual report filing fees on or before June 30, 2020 through the Division of Corporations and Trademarks online system, Catalyst.  The filings are necessary for all such entities to remain in Active/In Good Standing status and to conduct business in the Territory.  Failure to submit franchise taxes and annual filing fee to the division on or before the statutory deadline resulted in a status of registered, assessment of penalties on July 1, 2020, and inability to file amendments and trade name registrations.

**Business Entity and Trade Name Online Registration and Renewal Services**
The Division of Corporations and Trademarks launched its online system, Catalyst, on August 31, 2018.  Business entity creation, annual reports, certificate of fact and good standing, change to principals, resident agent, principal office, amendments, mergers, and dissolution filings are submitted electronically along with payment on the Division's online system – Catalyst.  Similarly, the trade name registrations, biennial renewals, and cancellations including payment are available electronically in the same online system.  Visit www.corporationsandtrademarks.vi.gov to access the Catalyst system.  Instructions are available on the office's website – www.ltg.gov.vi - 24 hours-a-day, seven days-a-week.

**UCC Online Services Available**
Lieutenant Governor Roach announced on May 22, 2019 that UCC filings may now be submitted online in the Division of Corporations and Trademarks Catalyst system.  Most importantly, payment shall be submitted electronically.

**Paper Filing Submissions**

**Exempt Limited Liability Companies and trademarks shall continue to submit paper filings to the division's offices on St. Thomas and St. Croix for processing.**

**<u>Holidays</u>**
**Wednesday, March 31, 2021 – Virgin Islands Transfer Day**
**Thursday, April 1, 2021 – Holy Thursday**
**Friday, April 2, 2021 – Good Friday**
**Monday, April 5, 2021 – Easter Monday**
**Monday, May 31, 2021 – Memorial Day**

**For further assistance, please contact the division.**
**OFFICE OF THE LIEUTENANT GOVERNOR**



*Denise Johannes*
*Director, Division of Corporation and Trademarks*
*Office of the Lieutenant Governor*
*5049 Kongens Gade*
*St. Thomas, VI 00802-6487*
*Tel.: (340) 774-2991*
*Fax: (340) 776-4612*
*Email: <u>denise.johannes@lgo.vi.gov</u>*
*Website: <u>www.ltg.gov.vi</u>*
*Follow us on FACEBOOK.*

**NOTICE OF CONFIDENTIALITY: The information in this email, including any attachments, is confidential and may be legally privileged and may also be *covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510-2521.* Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or omitted to be taken in reliance on it is prohibited. In this case, please reply to or forward a copy of this message to the sender and delete the message, any attachments, and any copies thereof from your system.**

**Copying, duplication and/or use of any addressee's email address for purposes other than the subject of this email are/is prohibited.**

**From:** Kevin Rames <<u>Kevin.Rames@rameslaw.com</u>>
**Sent:** Monday, May 10, 2021 11:23 AM
**To:** Denise Johannes <<u>denise.johannes@lgo.vi.gov</u>>
**Subject:** [EXTERNAL MAIL]U&W Industrial Supply, Inc. and Cosmogony II, Inc.

Denise:

Good morning!

I need a Statement from the Division of Corporations for use in a pending federal court proceeding concerning whether the companies **U&W Industrial Supply, Inc.** (not U&W Indistrial Supply LLC) and **Cosmogony II, Inc.** are incorporated in the U.S. Virgin Islands or are qualified to do business in the Virgin Islands.

Please advise what I need to do to get such a Statement from the Division. Thank you.

Kevin

*Kevin A. Rames, Esq.*
Law Offices of K. A. Rames, P.C.
Suite 3, 2111 Company Street
Christiansted, St. Croix
U.S. Virgin Islands  00820
(340) 773-7284  telephone
(340) 773-7282  telefax
(340) 227-9311 cell phone

Fellow - American Bar Foundation


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTE:  The information in this e-mail message and any attachments thereto have been sent by an attorney or his agent, and is intended to be confidential and for the use of only the individual or entity named above.  The information may be protected by attorney/client privilege, work product immunity or other legal rules.  If the reader of this message and any attachments thereto is not the intended recipient, you are notified that retention, dissemination, distribution or copying of this e-mail message and any attachments is strictly prohibited.  Although this e-mail message (and any attachments) is believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, the intended recipient is responsible to ensure that it is virus free.  The sender and The Law Offices of K. A. Rames, P.C. shall not have any responsibility for any loss occasioned in any manner by the receipt and use of this e-mail message and any attachments.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 Virus-free. [www.avast.com](www.avast.com)

Caution: This e-mail has originated outside of GVI network. Do not click on links or open any attachment (s) that might look suspicious unless you have knowledge of who the sender is.

The information contained in this communication, and in any accompanying documents, may constitute confidential or proprietary. If you are not the intended recipient of this message, then you may not disclose, print, copy, or disseminate this information, nor take any action in reliance on this information. If you have received this communication in error, please reply and notify the sender (only) and then delete the message. Unauthorized interception of e-mail communications is a violation of federal criminal law.

**Caution: This e-mail has originated outside of GVI network. Do not click on links or open any attachment (s) that might look suspicious unless you have knowledge of who the sender is.**

**Caution: This e-mail has originated outside of GVI network. Do not click on links or open any attachment (s) that might look suspicious unless you have knowledge of who the sender is.**

**Caution: This e-mail has originated outside of GVI network. Do not click on links or open any attachment (s) that might look suspicious unless you have knowledge of who the sender is.**

**Caution: This e-mail has originated outside of GVI network. Do not click on links or open any attachment (s) that might look suspicious unless you have knowledge of who the sender is.**